Dismissed and Memorandum Opinion filed January 20, 2011.

 

In The

                                                                                                         

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00993-CV

____________

 

JOHN PICKENS MCGEOY, JR., Appellant

 

V.

 

AMICA MUTUAL INSURANCE COMPANY, Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 967964

 



 

M E M O R
A N D U M  O P I N I O N

This is an attempted appeal from an order signed September 1,
2010, denying appellant’s request to proceed as indigent.  The clerk’s record
was filed December 10, 2010, and reflects the trial court granted the request
on December 3, 2010.  Accordingly, the appeal is moot. 

On December 28, 2010, notification was transmitted to the
parties of this court’s intention to dismiss the appeal unless a response was filed
demonstrating grounds for continuing the appeal on or before January 7, 2011.  See
Tex. R. App. P. 42.3(a).  No
response has been filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Chief Justice
Hedges, Justices Frost and Christopher.